1  JUNE D. COLEMAN, State Bar No. 191890
   *jcoleman@kmtg.com*
2  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation
3  400 Capitol Mall, 27th Floor
   Sacramento, California 95814
4  Telephone: (916) 321-4500
   Facsimile: (916) 321-4555
5
   Attorneys for Defendant PERFORMANT
6  RECOVERY, INC.

7                    **UNITED STATES DISTRICT COURT**

8          **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

9

10 KELLY GABEL,                          Case No. CV 13-05369 JD

11         Plaintiff,                    **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**

12    v.

13 PERFORMANT RECOVERY, INC.,

14         Defendant.

15

16     The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(A)(ii), stipulate that the

17 above-captioned action is hereby dismissed in its entirety with prejudice, each party to bear its

18 own attorney fees and costs.

19 Dated:  July 30, 2014                 KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

20

21                                       By:  _____/s/ June D. Coleman_____
                                              June D. Coleman
22                                            Attorneys for Defendant PERFORMANT
                                              RECOVERY, INC.
23

24 Dated:  July 30, 2014                 HUSSIN LAW FIRM

25

26
                                         By:  _____/s Tammy Hussin_____
27                                            Tammy Hussin
                                              Attorneys for Plaintiff, KELLY GABEL
28

1132570.1 12344-067                      1                           Case No. CV 13-05369 JD
                   STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3  DATED:  July ___, 2014

4

5  _____
   United States District Court Judge James Donato
6