1  JUNE D. COLEMAN, State Bar No. 191890
   *jcoleman@kmtg.com*
2  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation
3  400 Capitol Mall, 27th Floor
   Sacramento, California 95814
4  Telephone: (916) 321-4500
   Facsimile: (916) 321-4555
5
   Attorneys for Defendant PERFORMANT
6  RECOVERY, INC.

7                    UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9

10 KELLY GABEL,                          Case No. CV 13-05369 JD

11        Plaintiff,                     **STIPULATION FOR DISMISSAL AND
                                         [PROPOSED] ORDER**
12     v.

13 PERFORMANT RECOVERY, INC.,

14        Defendant.

15

16    The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(A)(ii), stipulate that the

17 above-captioned action is hereby dismissed in its entirety with prejudice, each party to bear its

18 own attorney fees and costs.

19 Dated: July 30, 2014              KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

20

21                                   By:      /s/ June D. Coleman
                                          June D. Coleman
22                                        Attorneys for Defendant PERFORMANT
                                          RECOVERY, INC.
23

24 Dated: July 30, 2014              HUSSIN LAW FIRM

25

26
                                     By:      /s Tammy Hussin
27                                        Tammy Hussin
                                          Attorneys for Plaintiff, KELLY GABEL
28

1132570.1 12344-067                     1                        Case No. CV 13-05369 JD
               STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

1   PURSUANT TO STIPULATION, IT IS SO ORDERED

3   DATED: July 31, 2014

_____
United States District Court Judge James Donato